UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 06-60187-Cr-MARRA

      Plaintiff,

vs.

NOEMY RUIZ,

      Defendant.
_____/

### ORDER DISCHARGING BOND

THIS CAUSE is before the Court on the Defendant's Motion For Release of Bond. Upon due consideration of the motion, as well as the entire record, and no objection by the Government, it is hereby

ORDERED and ADJUDGED that the Motion is hereby GRANTED. The ten percent bond posted by the defendant, in the amount of $50,000 and the personal surety bond posted by the defendant in the amount of $100,000 is hereby discharged.

The defendant has fully complied with all conditions of the appearance bond in this case, it is therefore further ORDERED and ADJUDGED that the Clerk's Office refund in the amount of $5,000 plus any accrued interest be refunded to:

    Dora O. Cepero
    8461 N. W. 197 Terr.
    Miami, Fl  33015

DONE and ORDERED in chambers, at West Palm Beach this 1st day of March 2007.

    KENNETH A. MARRA
    United States District Judge

Copies provided to:

    Laurence Bardfeld, AUSA
    William Pearson, Esq.
    U.S. Marshal
    Probation
    Financial